# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRANDON, JR.; ANTOINETTE RODRIGUEZ; ERIC JOHNSON; THEODORE KING; and DAEJORE WILLIAMSON,<br><br>                              Plaintiffs,<br><br>   v.<br><br>CITY OF SAN DIEGO, and DOES 1-100,<br><br>                              Defendants. | Case No. 24-cv-1164-BAS-KSC<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS AND DENYING MOTION TO DISMISS AS MOOT**<br>**(ECF Nos. 3, 6)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41. (Joint Motion, ECF No. 6.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss their action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16,

2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (*See* Joint Motion (stipulating to dismissal with prejudice).)

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF No. 6.) Thus, the Court **DENIES** the pending Motion to Dismiss as moot (ECF No. 3), and **DISMISSES WITH PREJUDICE** the instant action. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: February 19, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.